IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. BERGER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-CV-456-BBC

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered REMANDING case for further proceedings pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g).

_____
Theresa M. Owens, Clerk of Court

March 20, 2008
Date