IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. BERGER,

                Plaintiff,                               ORDER

       v.                                         07-cv-0456-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

Pursuant to the parties' joint stipulation dated July 2, 2008, IT IS ORDERED that plaintiff Michael J. Berger is awarded $5,500.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Pursuant to the fee agreement and assignment of fees signed by plaintiff, the fees shall be payable directly to plaintiff's attorney, Lynn M. Zuehlsdorf-Mack.

Entered this 7th day of July, 2008.

BY THE COURT:

*Barbara B. Crabb*

_____
BARBARA B. CRABB
District Judge

1