# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL J. BERGER, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | **Case No.:** 07-cv-456-bbc |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| **Defendant.** | |

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF AGAINST DEFENDANT FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT IN THE AMOUNT OF $5,500.00.


**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin

_____   ____7/7/08_____
**by Deputy Clerk**                                                                                   Date